Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Kansas 

Wichit Division

| | |
|---|---|
| Mike Allen | Case No. 6:24-cv-1002-JWB-BGS |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| Mark Clark<br>County Appraiser | |
| *Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mike Allen |
| Street Address | 1301 S. Ida St. |
| City and County | Wichita, Sedgwick |
| State and Zip Code | Kansas, 67211 |
| Telephone Number | 316 207 7930 |
| E-mail Address | allenmik@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Mark Clark |
| Job or Title *(if known)* | County Appraiser |
| Street Address | 271 W. 3rd St. N., Ste 501 |
| City and County | Wichita, Sedgwick |
| State and Zip Code | Kansas, 67202-1223 |
| Telephone Number | 316 660 9261 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Board of Tax Appeals |
| Job or Title *(if known)* | |
| Street Address | 700 SW Harrison, Ste 1022 |
| City and County | Topeka, Shawnee |
| State and Zip Code | Kansas, 66603 |
| Telephone Number | 785 296 2388 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Linda Kizzire |
| Job or Title *(if known)* | County Treasurer |
| Street Address | P. O. Box 2961 |
| City and County | Wichita, Sedgwick |
| State and Zip Code | Kansas, 67201-2961 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
870; 899; 950 as noted in the Civil Cover Sheet.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

unreasonable property tax hikes (21 percent increase from prior 2022).

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff asks the court to grant request to adjust the 2023 appraisal value of the subject house to $69,250 from the 2022 appraisal value of $67,100 (page 3); that would be in line with the current inflation rate of 3.14 percent. Such Relief would refund the taxpayer approximately $135.00 for the tax year of 2023.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/03/2024

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Mike Allen

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Page 5 of 5

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this Docket No. 2023-5790_EQ and any attachments thereto, was delivered by US Mail, postage pre-paid, on the 3rd of January, 2024 to:

Mark Clark, Sedgwick County Appraiser
Sedgwick County Appraiser's Office
271 W. 3rd St N., Ste 501
Wichita, KS 67202-1223

Board of Tax Appeals
Eisenhower State Office Building
10th Floor, Suite 1022
700 SW Harrison
Topeka KS 66603
bota.maildesk@ks.gov

Linda Kizzire, County Treasurer
P. O. Box 2961
Wichita, KS 67201-2961

*M Allen*

Mike Allen
Address: 1301 S. Ida St.
Wichita, KS 67211

## STATEMENT OF CLAIM

Plaintiff's property tax went up an average 10 percent each year for 2020, 2021, 2022. In 2023, it went up by 21 percent. Property tax is proportionate to the county appraised value of the property each year. After filing an appeal regarding this matter with the Board of Tax Appeals (BOTA) in 2023, the Board denied the appeal to adjust the appraised value of the subject house at 1301 S. Ida St. Wichita, KS 67211, and it directed Plaintiff to petition the District Court. The amount of tax Dollars sought is small; however, taxes are rapidly increasing. Plaintiff is 60 years old, on fixed income, and will eventually be taxed out of his home in the same fashion that a veteran home owner has reported on a local TV Network in Wichita KS (please see attached page 3).

Other issues

The location of the subject house being near 4 railroad tracks is negative for its value (map, page 4). Buyers prefer houses that are farther away from the railroad tracks over the ones next to the railroad tracks. The list of houses that the County Appraiser's Office provided (page 5) for comparison with the subject house were located 6 to 8 blocks away from the railroad tracks. For that reason, they were clearly higher in value than the value of the subject house which makes them less comparable to it. Further, the county Appraiser's Office presented Sales values of such houses (page 5). Sales values are different from Appraisal values (Apples and Oranges). Plaintiff asks the court to have his List of Comparable Houses admissible in court (page 6). Page 6 compares Appraisals of comparable houses to the Appraisal of the subject house (Apples to Apples).

The Board of Tax Appeals has not been proactive in solving taxpayers' problems. Since 2020, the county Appraiser's Office increased the appraisal value of the subject house at double the rate seen prior to 2020. In 2023, it quadrupled the rate of appreciation to 21 percent from 2022 (page 3). At the end of the 2023 appeal process with BOTA, the county Appraiser's Office declined to provide physical addresses to the houses that it claimed have sold for $100K or higher near the railroad tracks (page 8). Physical addresses of comparables were needed for fair comparison with the subject house in terms of location, condition, or square footage. The county Appraiser's Office presented the Sales Data Sheet ( page 7) with images of circles that a good number of such were shaded in light blue near the subject house on Ida Street [light blue is code for having sold for less than 50K according to the Sales Data Sheet] (page 7). The Data Sheets alone absent the matching physical addresses of comparable houses are insufficient evidence to substantiate such claim. Please review the attached pages numbered seven and eight.

Plaintiff asks the court to adjust the 2023 appraisal value of the subject house to $69,250 from the 2022 appraisal value of $67,100 (page 3); that would be in line with the current inflation rate of 3.14 percent. Such Relief would refund the taxpayer approximately $135.00 for the tax year of 2023.

*Mike Allen* (signature)
Mike Allen

Case 6:24-cv-01002-JWB-BGS    Document 1    Filed 01/03/24    Page 8 of 16

2

This page is blank.

Figure 1

**County Valuation of the Subject**

| Year | Percentage Increase from Prior year | County assessed value | BOTA decision |
|---|---|---|---|
| 2020 | ≈ 10% | $55,000 | Appeal denied |
| 2021 | 12.9% | $62,100 | Appeal denied |
| 2022 | 8.1% | $67,100 | Appeal denied |
| 2023 | 21% | $81,200 | |



SEDGWICK COUNTY REPORT

# Comparable Sales Report

Tax Year: 2023    Appraisal

For Property: 087-128-28-0-42-04-001.00-    Comp Sheet Format: Basic Residential Comp Sheet    Market Area: 01 - <=75,000

| | Subject | Comp1 | Comp2 | Comp3 | Comp4 | Comp5 |
|---|---|---|---|---|---|---|
| Quick Ref # | R108192 | R105596 | R108414 | R106818 | R106456 | R108514 |
| Property ID | 087-128-28-0-42-04-001.00- | 087-128-27-0-32-04-009.00- | 087-128-28-0-44-03-003.00- | 087-128-28-0-14-02-006.00- | 087-128-28-0-11-08-001.00- | 087-128-28-0-44-07-007.00- |
| Address | 1301 S IDA AVE | 1346 S HYDRAULIC AVE | 1406 S LULU AVE | 1010 S ELLIS AVE | 701 S ELLIS AVE | 1520 S ELLIS AVE |
| NBHD / Group / Cluster | 333.0/R08004/R-08 | 333.0/R08004/R-08 | 333.0/R08004/R-08 | 333.0/R08004/R-08 | 333.0/R08004/R-08 | 333.0/R08004/R-08 |
| Lot Size | 6,800 | 6,735 | 6,884 | 6,892 | 6,496 | 6,815 |
| Year Built | 1938 | 1924 | 1950 | 1940 | 1940 | 1937 |
| Exterior Wall | Frame | Frame | Frame | Frame | Veneer | Frame |
| Arch Style | Old Style | Bungalow | Duplex | Duplex | Duplex | Old Style |
| Story Height | 2 Story | 1 1/2 Story | 1 Story | 1 Story | 1 Story | 1 Story |
| MFLA / UFLA / TLA | 924/780/1704 | 1156/497/1653 | 1598/0/1598 | 1548/0/1548 | 1508/0/1508 | 1434/0/1434 |
| Quality / CDU / Phys Cond | AV/AV(-)/FR | AV/AV(-)/AV | AV(-)/AV(-)/AV | AV/AV(-)/AV | AV(-)/FR/FR | FR(+)/AV/GD |
| Fireplace | | | | | | |
| Heat / Air | Central Air | Central | Central Air | Non-Central | Central Air | Central Air |
| Bed / FBath / HBath / Fix Cnt | 4/2/0/8 | 3/1/0/5 | 4/2/0/10 | 3/2/0/10 | 3/2/0/10 | 2/1/0/5 |
| Basement Type | Partial | Partial | Crawl | Crawl | Full | Partial |
| Bsmt / FBLA / RecRm | 300/0/0 | 578/0/0 | 0/0/0 | 0/0/0 | 1508/0/0 | 510/0/209 |
| AttG/DetG/BmG | 0/0/0 | 0/0/0 | 0/600/0 | 0/0/0 | 0/0/0 | 0/440/0 |
| Carport / Deck / Pool | 0/105/0 | 0/0/0 | 0/0/0 | 0/0/0 | 0/0/0 | 0/504/0 |
| Total Cost | 85,440 | 81,370 | 79,170 | 71,350 | 67,740 | 110,140 |
| Sale Date | | 2/16/2022 | 11/29/2022 | 2/5/2020 | 11/20/2020 | 4/17/2020 |
| Sale Price | | $77,325 | $85,000 | $58,000 | $55,000 | $103,500 |
| IRA Estimate | $89,500 | $80,900 | $82,400 | $64,600 | $64,300 | $95,600 |
| MKT Adj Sale Price | | $85,940 | $92,110 | $82,930 | $80,270 | $97,370 |
| Comp Sale Value | $88,200 | | | | | |
| Weighted Estimate | $89,100 | | | | | |
| Comparability | | 45 | 52 | 53 | 55 | 56 |
| Flag | | | | | | |

Printed on 5/18/2023  1:32 PM    CONFORMS WITH USPAP 6, JURISDICTIONAL EXCEPTION INVOKED AND K.S.A. 79-504    Building 1 of 1

5

## Taxpayer's List of Comparable Houses

Figure 2

| | Comp1 | Comp2 | Comp3 | Comp4 | Subject Property |
|---|---|---|---|---|---|
| Address | 1347 S. Emporia Ave. Wichita, KS **67211** | 1501 S. Greenwood Ave. Wichita, KS **67211** | 1203 S. St. Francis Wichita, KS **67211** | 1324 S. Ida St. Wichita, KS **67211** | 1301 S. Ida St., Wichita, KS **67211** |
| Features | Basement type: Partial Base- 3 | No Garage Frame Basement type: Partial Base- 3 | Garage - Detached Frame, Basement 1480 sq. ft. | No Garage Frame Crawl Base | No Garage Frame Basement 300 sq. ft. Basement type: Partial Base- 3 |
| Parcel ID | 087-128-28-0-32-05-016.00- | 087-128-28-0-44-07-001.00- | 087-128-28-0-32-01-001.00- | 087-128-28-0-42-05-005.00-B | 087-128-28-0-42-04-001.00- |
| Size/Beds | **1840 sq. ft.** 3 bed, 2 bath | **1632 sq. ft.** 3 bed, 2 bath | **1961 sq. ft.** 4 bed, 2 baths | **1781 sq. ft.** 2 bed, 3.5 baths | **1704 sq. ft.** 4 bed, 2 baths |
| Appraisal | **Current appraisal value $32,000** | **Current appraisal value $50,100** | **Current appraisal value $71,300** | **Current appraisal value $25,500** | **Current appraisal value $81,200** |
| Style/Year | Old style, yr. 1900 | Bungalow, yr. 1922 | Old style, yr. 1920 | Old style, yr. 1910 | Old style, yr. 1938 |

**Comp Appraisal Value: $52,020**

**Sales Data: 01/01/2018 - 12/31/2022**

**Total Sales: (159) with (14) paired sales**



8



**Mike Allen** <allenmik6000@gmail.com>

to Carl, Kristina

Mon, Nov 20, 7:03 AM
(1 day ago)

Good morning Mr. Edwards,
Besides the County Sales Data and Home Sales near Railroad Tracks that you attached, Do you have matching physical addresses for the properties that have sold near railroad crossings for prices up to $100,000 and higher?
Mike Allen



**Carl Edwards [BOTA]**

to Kristina, me

Mon, Nov 20, 8:30 AM
(1 day ago)

Mr. Allen,
The Board's Summary Decision, and evidence, speak for themselves. If you are dissatisfied with the Board's decision, you have right to appeal as is set forth in the Board's Summary Decision.

## BEFORE THE BOARD OF TAX APPEALS
## STATE OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE EQUALIZATION APPEAL OF ALLEN, MIKE FOR THE YEAR 2023 IN SEDGWICK COUNTY, KANSAS | Docket No. 2023-5790-EQ |

### ORDER DENYING RECONSIDERATION

Now the above-captioned matter comes on for consideration and decision by the Board of Tax Appeals of the State of Kansas.

The Board finds, upon review of the Taxpayer's Petition for Reconsideration, that no new evidence or arguments are offered that would persuade the Board that the original order should be modified or that reconsideration should be granted. The Board, therefore, concludes that the Order as originally issued should be, and is hereby, sustained.

IT IS, THEREFORE, BY THE BOARD OF TAX APPEALS OF THE STATE OF KANSAS, CONSIDERED AND ORDERED that, the above-captioned Petition for Reconsideration should be, and the same is hereby, denied.

Any aggrieved party may request, within 14 days of receiving this order, a full and complete opinion be issued by the Board pursuant to K.S.A. 74-2426(a), and amendments thereto (allowing an additional three (3) days for mailing pursuant to statute).

Rather than filing a request for a full and complete opinion, any Taxpayer has the right to appeal this order of the Board by filing a petition with the district court pursuant to K.S.A. 74-2426(c)(4)(B), and amendments thereto. Said petition for judicial review must be filed within 30 days from the date of certification of this order. *See* K.S.A. 77-613(b) and (c), and amendments thereto and K.S.A. 74-2426(c), and amendments thereto. Pursuant to K.S.A. 77-529(d), and amendments thereto, any party choosing to petition for judicial review of this order is hereby notified that the Secretary of the Board of Tax Appeals is to receive service of a copy of the petition for judicial review. Please note, however, that the Board would not be a party to any judicial review because the Board does not have the capacity or power to sue or be sued. *See* K.S.A. 74-2433(f), and amendments thereto.

The address for the Secretary of the Board of Tax Appeals is Board of Tax Appeals, Eisenhower State Office Building, 700 SW Harrison St., Suite 1022, Topeka, KS 66603. A party filing any written request or petition shall also serve a complete copy of any written request or petition on all other parties. Please be advised that the administrative appeal process is governed

by statutes enacted by the legislature and no further appeal will be available beyond the statutory time frames.

IT IS SO ORDERED

THE KANSAS BOARD OF TAX APPEALS

_____
KRISTEN D. WHEELER, CHAIR

_____
VIRGINIA A. POWELL, MEMBER

_____
DEVIN SPRECKER, MEMBER

[SEAL - BOARD OF TAX APPEALS, STATE OF KANSAS]
ATTEST:

_____
JOELENE R. ALLEN, SECRETARY

## CERTIFICATION

I, Joelene R. Allen, Secretary of the Board of Tax Appeals of the State of Kansas, do hereby certify that a true and correct copy of this order in Docket No. 2023-5790-EQ and any attachments thereto, was placed in the United States Mail, on this 14th day of December 2023, addressed to:

Mike Allen
1301 South Ida Avenue
Wichita, Kansas 67211

Linda Kizzire, County Treasurer
Sedgwick County Courthouse
Post Office Box 2961
Wichita, Kansas 67201-2961

Mark Clark, County Appraiser
Sedgwick County Appraiser's Office
Suite 501
271 West 3rd Street
Wichita, Kansas 67202-1223

IN TESTIMONY WHEREOF, I have hereunto subscribed my name at Topeka, Kansas.

_____
Joelene R. Allen, Secretary